ANNIE KIERNAN, Respondent, *v.* FREDERICK W. BUHLMAN et al., Appellants, Impleaded with Others.

*Kiernan* v. *Buhlman*, 166 App. Div. 908, affirmed.
(Argued May 17, 1917; decided June 5, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 31, 1914, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. Plaintiff being the owner of a plot of land in the town of Brighton, purchased adjoining premises, but through an error of the surveyor, who drew the deed, the land included in his description, if plotted, would have been located on the opposite side of the road, where her grantor did not own any property, but there was traced upon the face of the deed, at the end of the

written description, a map which the plaintiff contended did correctly describe the triangular parcel of land which she purchased. This action was brought to reform the deed and to restrain the defendants from interfering with plaintiff's possession or enjoyment of the parcel claimed by her.

*William W. Armstrong* for appellants.

*Nelson P. Sanford* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, CRANE and ANDREWS, JJ.